**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MICHELLE L. ROYSTER  
6648 TORCHLITE TRAIL   SSN-xxx-xx-4079  
LOVES PARK, IL  61111  

Case Number: 06-71460

Case filed on: 8/16/2006  
Plan Confirmed on: 2/2/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $7,938.45      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,158.16 | 3,158.16 | 3,026.83 | 0.00 |
|  | Total Legal | 3,158.16 | 3,158.16 | 3,026.83 | 0.00 |
| 007 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FREIDMAN, ANSLEMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | WELTMAN WEINBERG & REIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ZWICKER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHELLE L. ROYSTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS STATE BANK | 2,229.91 | 2,000.00 | 2,000.00 | 97.13 |
| 002 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO / SLUMBERLAND | 200.00 | 200.00 | 200.00 | 6.25 |
|  | Total Secured | 2,429.91 | 2,200.00 | 2,200.00 | 103.38 |
| 001 | CITIZENS STATE BANK | 0.00 | 229.91 | 15.59 | 0.00 |
| 004 | WELLS FARGO / SLUMBERLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANCARD | 2,609.99 | 2,609.99 | 211.59 | 0.00 |
| 006 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 2,900.17 | 2,900.17 | 235.12 | 0.00 |
| 012 | DISCOVER FINANCIAL SERVICES | 6,850.89 | 6,850.89 | 555.40 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 4,863.00 | 4,863.00 | 394.24 | 0.00 |
| 015 | ROUNDUP FUNDING LLC | 8,390.91 | 8,390.91 | 680.25 | 0.00 |
|  | Total Unsecured | 25,614.96 | 25,844.87 | 2,092.19 | 0.00 |
|  | Grand Total: | 31,203.03 | 31,203.03 | 7,319.02 | 103.38 |

Total Paid Claimant:    $7,422.40  
Trustee Allowance:       $516.05         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     8.10         discharging the trustee and the trustee's surety from any and all  
                                         liablility on account of the within proceedings, and closing the estate,  
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby  
                                         certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>12/30/2008</u>         By  <u>/s/Heather M. Fagan</u>